UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:20-cr-00238-JRS-TAB-2 |
| | ) |
| DARRYL BRENT WALTZ, and | ) (-01) |
| JOHN S. KEELER, | ) (-02) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' RESPONSE TO *SANTIAGO* PROFFER**

Defendants, Darryl Brent Waltz ("Mr. Waltz") and John S. Keeler ("Mr. Keeler") (collectively, the "Defendants"), by undersigned counsel, pursuant to Fed. R. Evid. 801(d)(2)(E) and *United States v. Santiago,* 582 F. 2d 1128 (7th Circ. 1978), respond to government's *Santiago* Proffer, Dkt. No. 105, and states:

The Defendants do not concede that the Government has proven any underlying conspiracy which could serve as the basis for admission of Rule 801(d)(2)(E) statements, or that the Government has made sufficient showing under *Santiago*. In particular, the Government's proffer is largely devoid of any specific statements that it knows will seek to admit under 801(d)(2)(E). Accordingly, the Defendants will object, where appropriate, to the evidence sought to be introduced by the government at trial.

Respectfully submitted,

| | |
|---|---|
| */s/Russell A. Johnson* | */s/Jonathan A. Bont* |
| Russell A. Johnson, No. 5024-41 | Jonathan A. Bont, No. 28476-49 |
| JOHNSON & GRAY | James J. Bell, No. 21548-49 |
| 63 East Court Street | Paganelli Law Group |
| Franklin, IN 46131 | 10401 N. Meridian St., Suite 450 |
| Telephone: (317) 738-3365 | Indianapolis, IN 46290 |
| Facsimile: (317) 738-3862 | Phone:   317.550.1855 |
| rjohnson@jgmlawfirm.com | Fax:   317.569.6016 |
| | E-Mail:   jon@paganelligroup.com |
| *Attorney for Defendant Darryl Brent Waltz* | |
| | L. Barrett Boss (admitted pro hac vice) |
| | Karen D. Williams (admitted pro hac vice) |
| | COZEN O'CONNOR |
| | 1200 19th Street NW, Suite 300 |
| | Washington, DC 20036 |
| | Telephone: (202) 912-4818 |
| | Facsimile: (866) 413-0172 |
| | bboss@cozen.com |
| | kwilliams@cozen.com |
| | |
| | *Counsel for Defendant John S. Keeler* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Jonathan A. Bont*
Jonathan A. Bont, Attorney No. 28476-49