UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:20-cr-00238-JRS-TAB |
| | ) |
| DARRYL BRENT WALTZ, AND | ) |
| JOHN S. KEELER, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' PROPOSED VERDICT FORM

Defendants Darryl Brent Waltz and John S. Keeler, by undersigned counsel, hereby jointly submit a proposed verdict form. The parties conferred but did not reach agreement with the government.

Dated: March 14, 2022                                Respectfully submitted,

/s/Russell Johnson
Russell A. Johnson, No. 5024-41
JOHNSON & GRAY
63 East Court Street
Franklin, IN 46131
Telephone: (317) 738-3365
Facsimile: (317) 738-3862
rjohnson@jgmlawfirm.com

*Counsel for Defendant Darryl Brent Waltz*

/s/Jonathan Bont
Jonathan A. Bont, No. 28476-49
James J. Bell, No. 21548-49
Paganelli Law Group
10401 N. Meridian St., Suite 450
Indianapolis, IN 46290
Phone:    317.550.1855
Fax:      317.569.6016
E-Mail:   jon@paganelligroup.com

L. Barrett Boss (pro hac vice)
Karen D. Williams (pro hac vice)
COZEN O'CONNOR
1200 19th Street NW, Suite 300
Washington, DC 20036
Telephone: (202) 912-4818
Facsimile: (866) 413-0172
bboss@cozen.com
kwilliams@cozen.com

*Counsel for Defendant John S. Keeler*

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2022, a copy of the foregoing was filed electronically Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Jonathan Bont
Jonathan A. Bont, Attorney No. 28476-49

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CAUSE NO. 1:20-cr-00238-JRS-TAB |
| JOHN S. KEELER | ) ) | **VERDICT FORM** |
| Defendant. | ) ) ) | |

I.  As to Count 1 of the Indictment, conspiracy to make corporate contributions, cause false statements, and cause falsification of records or documents, we, the jury, find the Defendant, John S. Keeler:

**COUNT 1:**         NOT GUILTY _____         GUILTY _____

II.  As to Count 2 of the Indictment, aiding and abetting contributions of corporate money, we, the jury, find the Defendant, John S. Keeler:

**COUNT 2:**         NOT GUILTY _____         GUILTY _____

III.  As to Count 5 of the Indictment, aiding and abetting the submission of a materially false, fictitious, or fraudulent statement or representation, we, the jury, find the Defendant, John S. Keeler:

**COUNT 5:**         NOT GUILTY _____         GUILTY _____

IV.     As to Count 6 of the Indictment, aiding and abetting the falsification of a record or document, we, the jury, find the Defendant, John S. Keeler:

**COUNT 6:**          NOT GUILTY _____          GUILTY _____

V.      As to Count 7 of the Indictment, causing the filing of a false tax return, we, the jury, find the Defendant, John S. Keeler:

**COUNT 7:**          NOT GUILTY _____          GUILTY _____

VI.     As to Count 8 of the Indictment, causing the filing of a false tax return, we, the jury, find the Defendant, John S. Keeler:

**COUNT 8:**          NOT GUILTY _____          GUILTY _____

_____                                                    _____
DATE                                                                               FOREPERSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DARRYL BRENT WALTZ )<br>)<br>Defendant. )<br>) | CAUSE NO. 1:20-cr-00238-JRS-TAB<br><br>**VERDICT FORM** |

I.  As to Count 3 of the Indictment, conspiracy to cause the making and receiving of conduit contributions, cause false statements, and cause falsification of records or documents, we, the jury, find the Defendant, Darryl Brent Waltz:

**COUNT 3:**         NOT GUILTY _____         GUILTY _____

II.  As to Count 4 of the Indictment, aiding and abetting the making or receiving of contributions in the name of another, we, the jury, find the Defendant, Darryl Brent Waltz:

**COUNT 4:**         NOT GUILTY _____         GUILTY _____

If you find the Defendant guilty as to Count 4, you must also answer the following question. Your verdict must be unanimous.

We, the jury, unanimously find that the Defendant aided and abetted the making or receiving of contributions in the name of another in the amount of (check the GREATEST amount that you find to be proven beyond a reasonable doubt. Check only ONE amount):

$10,001 to $24,999 _____

$25,000 or more _____

III.   As to Count 9 of the Indictment, aiding and abetting the submission of a materially false, fictitious, or fraudulent statement or representation, we, the jury, find the Defendant, Darryl Brent Waltz:

**COUNT 9:**          NOT GUILTY _____          GUILTY _____

IV.   As to Count 10 of the Indictment, aiding and abetting the falsification of a record or document, we, the jury, find the Defendant, Darryl Brent Waltz:

**COUNT 10:**          NOT GUILTY _____          GUILTY _____

6

V.    As to Count 11 of the Indictment, making a materially false, fictitious, or fraudulent statement or representation, we, the jury, find the Defendant, Darryl Brent Waltz:

**COUNT 11:**      NOT GUILTY _____            GUILTY _____


_____                                           _____

DATE                                                                                FOREPERSON